IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MI PUEBLO SAN JOSE, INC. a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>FAHD MOHAMED AHMED a/k/a FAHED MOHAMED AHMED, an individual, ABDASALAM ABDO SAEED, an individual, collectively doing business as "El Pueblo #11,"<br><br>        Defendants.<br>_____/ | No. C 12-1557 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 13, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION.

      PRIVATE MEDIATION. The parties represented that they are engaged in ongoing private mediation.

      2.    DISCOVERY.

      On or before September 28, 2012, all initial disclosures shall be made. Discovery shall be limited as follows: (a) five (5) non-expert depositions eight (8) hours in length; (b) five (5) non-expert depositions four (4) hours in length; (c) twenty-five (25) interrogatories per party, including all discrete subparts; (d) a reasonable number of requests for production of documents

CASE MANAGEMENT SCHEDULING ORDER

or for inspection per party; and (e) a reasonable number of requests for admission per party. Discovery shall be completed by March 29, 2013.

     3.     EXPERTS.  Experts shall be designated on or before June 28, 2013.

     4.     DISPOSITIVE MOTIONS.  All dispositive motions shall be heard on July 18, 2013.

     5.     FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **July 25, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Scheduling of remaining dates will be done at this time.

IT IS SO ORDERED.

DATED:  9/13/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2